719 A.2d 1021

REGIUS, INC., PLAINTIFF–RESPONDENT, v. VALIANT INSURANCE COMPANY, DEFENDANT–MOVANT.

October 7, 1998.

Leave to appeal is granted, and the matter is summarily remanded to the Appellate Division to consider the appeal on the merits.